**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-1305**

─────────────

In re:  ALVIN B. TRUESDALE,

　　　　Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:92-cr-00034-RJC-1)

─────────────

Submitted:  April 18, 2025　　　　　　　　　Decided:  November 20, 2025

─────────────

Before NIEMEYER, HARRIS, and RICHARDSON, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Alvin Bernard Truesdale, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin B. Truesdale has filed a petition for a writ of mandamus and a supplement to the petition, seeking an order from this court directing the district court to act on his motion for judgment of acquittal and all other pending motions. We conclude that Truesdale is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Upon review, we conclude that Truesdale has not established that he has a clear right to the relief sought and that he has no other means to obtain the requested relief. Accordingly, we deny the petition for a writ of mandamus as supplemented. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*